# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SEAN R. WEAVER,

          Petitioner

          v.

STATE EMPLOYEES' RETIREMENT BOARD,

          Respondent

:  No. 885 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.